```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ WILLIAM S. WONG
   │ Assistant U.S. Attorney
 3 │ 501 "I" Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone:  (916) 554-2790
```

**FILED**

DEC 2 2 2005

**CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-05-243 WBS |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §§ 2113(a), (d) and 2 - Armed Bank Robbery, and Aiding and Abetting; 18 U.S.C. § 924(c)(1) - Use of a Firearm |
| v. | |
| JAVARIS MARQUEZ TUBBS, MICHAEL WAYNE BLANCHE, and ANGEL LELYNN BREWER, | |
| Defendants. | |

S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE:  [18 U.S.C. §§ 2113 (a),(d) and 2 - Armed Bank Robbery, and Aiding and Abetting]

The Grand Jury charges:  T H A T

JAVARIS MARQUEZ TUBBS,
MICHAEL WAYNE BLANCHE, and
ANGEL LELYNN BREWER,

defendants herein, on or about April 14, 2005, in the Eastern District of California, did willfully and by force, violence and intimidation take, from the person or presence of employees of Washington Mutual Bank, 8725 Elk Grove Blvd., Elk Grove, California, approximately $14,494.00, belonging to and in the care, custody,

1

1  control, management and possession of the bank, the accounts of
2  which were then insured by the Federal Deposit Insurance
3  Corporation, in violation of Title 18, United States Code, Sections
4  2113(a) and 2.
5      2.   The Grand Jury further charges that, in committing the
6  offense described in paragraph 1 herein, the defendants did assault
7  and put in jeopardy the lives of said employees of the bank by use
8  of a dangerous weapon, namely: a handgun, in violation of Title 18,
9  United States Code, Sections 2113(a), (d), and 2.

COUNT TWO:   [18 U.S.C. § 924(c)(1) - Use of a Firearm]

The Grand Jury further charges:  T H A T

   JAVARIS MARQUEZ TUBBS, and
   MICHAEL WAYNE BLANCHE

defendants herein, on or about April 14, 2005, in the Eastern
District of California, during and in relation to a crime of
violence which may be prosecuted in a court of the United States,
namely, the armed bank robbery charged in Count One of this
Indictment, did use and carry a firearm, to wit: a handgun, in
violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

_____
McGREGOR W. SCOTT
United States Attorney

2

## SUPERSEDING INDICTMENT PENALTY SLIP

DEFENDENTS: **Javaris Marquez Tubbs**
**Michael Wayne Blanche, and**
**Angel Lelynn Brewer**

COUNT 1
VIOLATIONS: 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery;
PENALTY: Not more than 25 years in prison;
Not more than $250,000 fine, or both;
5-year term of supervised release.

DEFENDENTS: **Javaris Marquez Tubbs, and**
**Michael Wayne Blanche**

COUNT 2:
VIOLATION: 18 U.S.C. § 924(c)(1) - Use of a Firearm;
PENALTY: - Mandatory 7 years consecutive imprisonment;
Not more than $250,000 fine, or both;
4-year term of supervised release

PENALTY
ASSESSMENT: $100.00 special assessment each count

2: 0 5 - CR - 0 2 4 3 WBS

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

JAVARIS MARQUEZ TUBBS,
MICHAEL WAYNE BLANCHE, and
ANGEL LELYNN BREWER

## S U P E R S E D I N G   I N D I C T M E N T

**VIOLATIONS:** 18 U.S.C. §§ 2113(a), (d) and 2 - Armed Bank Robbery, and Aiding and Abetting; 18 U.S.C. § 924(c)(1) - Use of a Firearm

*A true bill,*

/s/

_____
*Foreman.*

*Filed in open court this* __22nd__ *day*

*of* __December__ , A.D. 20 _05_

_____
*Clerk.*

*Bail, $* _No process necessary as to all Ds_

GPO 863 525