```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790
```

FILED

MAY - 8 2006

CLERK U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
                          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANGEL LELYNN BREWER,<br><br>            Defendant. | CR. S-05-0243 WBS<br><br>VIOLATION: 18 U.S.C.<br>§ 4 - Misprision of Felony |

# I N F O R M A T I O N

The United States Attorney charges: T H A T

ANGEL LELYNN BREWER,

defendant herein, on or about April 14, 2005, in the County of Sacramento, State and Eastern District of California, and elsewhere, having knowledge of the actual commission of a felony cognizable by a court of the United States, did knowingly and willfully conceal and did not as soon as possible make known the same to some judge or

///
///
///
///
///

1

```
1  other person in civil or military authority under the United States;
2  all in violation of Title 18, United States Code, Section 4.
3  Dated: May  8 , 2006              McGREGOR W. SCOTT
                                     United States Attorney
4
5                               By:  /s/ William S. Wong
                                     WILLIAM S. WONG
6                                    Assistant U.S. Attorney
```