FILED
May 16, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>         Plaintiff,   )<br>v.   )<br>   )<br>ANGEL L. BREWER   )<br>   )<br>_____Defendant._____ )  | Case No. CR. S-05-243 WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANGEL L. BREWER , Case No.  CR. S-05-243 , Charge  Misprision of a Felony  from custody, subject to the following conditions:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    X    (Other)  See conditions attached.

Issued at  Sacramento, CA  on  May 16, 2006  at  9:08 am .

                                By   /s/ _____
                                      William B. Shubb.
                                      United States District Judge

Original - U.S. Marshal

## SPECIAL CONDITIONS OF RELEASE

RE: Brewer, Angel Lelynn
Doc. No. CRS-05-0243-WBS

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall be released to the third party custody of your mother, Tanya Brewer;

5. Your travel is restricted to the Eastern and Northern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

11. With the assistance of defense counsel, you shall make diligent effort to take care of the two misdemeanor warrants that are currently outstanding in Massachusetts and appear for any required court hearings regarding the matter;

12. You shall not associate or have any contact with co-defendant, Javaris Marquez Tubbs, during the pendency of this case unless in the presence of defense counsel.

May 16, 2006