1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9                             ----oo0oo----
10  UNITED STATES OF AMERICA,
                                    NO. CR. S-05-0243 WBS
11            Plaintiffs,
          v.
12
13  JAVARIS MARQUEZ TUBBS,
    MICHAEL WAYNE BLANCHE,
14  ANGEL LELYNN BREWER,
15
              Defendants.
16  _____/
17
18  UNITED STATES OF AMERICA,
19            Plaintiffs,          NO. CR. S-06-0290 LKK
20        v.
                                   RELATED CASE ORDER
21  MICHAEL DEREK BRADLEY, JR.,
              Defendant.
22  _____/
23
24                            ----oo0oo----
25        Examination of the above-entitled actions reveals that
26  these actions are related within the meaning of Local Rule 83-
27  123, E.D. Cal. (1997).  Both actions are based on the same
28  alleged bank robbery, and the undersigned judge has already

1  presided over the jury trial in case No CR. S-05-0243.
2  Accordingly, the assignment of the matters to the same judge is
3  likely to effect a substantial saving of judicial effort and is
4  also likely to be convenient for the parties.  The parties should
5  be aware that relating the cases under Local Rule 83-123 merely
6  has the result that these actions are assigned to the same judge
7  and the same magistrate judge; no consolidation of the actions is
8  effected.
9        IT IS THEREFORE ORDERED that the actions denominated
10 CR. S-05-243 WBS and CR. S-06-0290 LKK should be, and the same
11 hereby are, reassigned to the Honorable WILLIAM B. SHUBB for all
12 further proceedings.  Henceforth the captions on all documents
13 filed in the reassigned cases shall be shown as CR. S-05-0243 WBS
14 and CR. S-06-0290 WBS, and any dates currently set in the
15 reassigned cases _only_ are hereby VACATED.
16       IT IS FURTHER ORDERED that the Clerk of the Court make
17 appropriate adjustments in the assignment of criminal cases to
18 compensate for this reassignment.
19       IT IS SO ORDERED.
20 DATED:  July 24, 2006

*[Signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE