**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAVARIS M. TUBBS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-O5-243 WBS |
| Plaintiff, ) | |
| ) | **STIPULATION** |
| v. ) | **CONTINUING SENTENCING** |
| ) | **AND ORDER THEREON** |
| **JAVARIS M. TUBBS**, ) | |
| ) | (Sentencing Continued to 3/10/08 @ 8:30) |
| Defendant, ) | |

It is hereby stipulated between counsel for the defendants and the government that the date for judgment and sentence may be continued from December 17, 2008 until March 10, 2008 at 830 a.m. This continuance is requested because both defendants have responsibilities to the government which will impact their sentences and cannot be completed until the date requested. The defendants having either pled or been found guilty there are no issues of excludable time.

Dated: December 13, 2007                    Dated: December 13, 2007

/ s / Steven D. Bauer                       / s / William S. Wong

**STEVEN D. BAUER**                         **WILLIAM S, WONG**
Attorney for Defendant Tubbs                Assistant United States Attorney

Dated: December 13, 2007

/ s / Christopher Haydn-Myer

**CHRISTOPHER HAYDN-MYER**
Attorney for Defendant Brewer


For Good Cause Appearing
**IT IS SO ORDERED**
Dated: December 14, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE