```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10                            ----oo0oo----
11  UNITED STATES OF AMERICA,
                                         CR. NO. S-05-0243 WBS
12            Plaintiff,
13       v.                              ORDER OF RECUSAL
14  JAVARIS MARQUEZ TUBBS,
    MICHAEL WAYNE BLANCHE, and
15  ANGEL LELYNN BREWER,
16            Defendants.
17
18                            ----oo0oo----
19            It appearing to the court that defendant Javaris
20  Marquez Tubbs is also a defendant in a related matter pending in
21  this court (Cr. S-06-451 EJG), and that the reassignment of this
22  case to the judge to whom that case is assigned will effect a
23  substantial saving of judicial effort and better serve the due
24  administration of justice:
25            IT IS HEREBY ORDERED that this matter be reassigned to
26  the Honorable Edward J. Garcia for all further proceedings.
27  Henceforth the captions on all documents filed in this case shall
28  be shown as CR. NO. S-05-0243 EJG, and any dates currently set in
```

1

1 | this case are hereby VACATED.
2 |     IT IS FURTHER ORDERED that the Clerk of the Court make
3 | appropriate adjustments in the assignment of criminal cases to
4 | compensate for this reassignment.
5 |     IT IS SO ORDERED.
6 | DATED:  January 28, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE