# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
Before the Honorable Edward J. Garcia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL MINUTES** |
| | Case No.: 2:05cr243 |
| v. | Date of Hearing: January 7, 2009 |
| | Deputy Clerk: Colleen Lydon |
| **ANGEL LELYNN BREWER** | Court Reporter/ECRO: Vicki Britt, 498-9288 |
| _____/ | |

**For the Government**:

William Wong,
Assistant United States Attorney

**For the Defendant(s)**:

Christ Haydn-Myer,
[] Assistant Federal Defender
[x] Appointed  [] Retained

**Interpreter Previously Sworn**:

**Defendant**:
[x] Present    [] In Custody  [x] Not in Custody    [] O/R    [] Bail    [] No Appearance    [] Waived    [] Failed to Appear

---

**JUDGMENT AND SENTENCING to Count(s) One of the   Information Plea entered January 7, 2009.**

| | | | |
|---|---|---|---|
| imprisonment: | TIME SERVED | | |
| surrender date: | __ | | |
| term of supervised release: | 12 months | | |
| recommendation: | __ | deft fined: __ | [x] fine waived. |
| restitution: | __ | payable to: __ | |
| special assessment: | 100.00 | bail exonerated: __ | |
| right to appeal given: | No | [x] appeal rights waived. | |
| Special Conditions: | __ | | |
| **Other:** | __ | | |

Proceeding Time: 10