Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Angel Lelynn BREWER |
| **Docket Number:** | 2:05CR00243-02 |
| **Offender Address:** | Antelope, California |
| **Judicial Officer:** | Honorable Edward J. Garcia<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 01/07/2009 |
| **Original Offense:** | 18 USC 4 - Misprision of a Felony (CLASS E FELONY) |
| **Original Sentence:** | Time served; 12 months Supervised Release; $100 special assessment |
| **Special Conditions:** | Search; Not dissipate assets; Financial disclosure and restrictions; Drug/alcohol treatment, testing and co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/07/2009 |
| **Assistant U.S. Attorney:** | William S. Wong          **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Christopher Haydn-Myer          **Telephone:** (916) 622-1703<br>Appointed |
| **Other Court Action:** | None |

**RE:     Angel Lelynn BREWER**
**Docket Number:  2:05CR00243-02**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

8.     As directed by the probation officer, the releasee shall participate in a program of mental health treatment (inpatient or outpatient).

**Justification:**    During a recent meeting with the probation officer, Brewer admitted to using marijuana on a single occasion on either March 12 or 13, 2009, with cousins who were visiting from out of state.  She denied any further drug use.  On March 19 and 20, 2009, Brewer submitted urine samples that were found to be diluted.  When questioned about the diluted samples, Brewer admitted she drank water on March 19th in response to a urinary tract infection.  However, Brewer admitted she also attempted to hide her drug use by ingesting a combination of water and vinegar on March 20th.

Brewer admitted she occasionally struggles with nervousness and she gets shaky as a result of that condition.  She disclosed a previous prescription for depression.  Consequently, she has agreed to a supervision modification to include mental health treatment and has signed the Prob 49 - Waiver of Hearing to Modify Conditions form.

Brewer's drug tests subsequent to March 20, 2009, have tested negative for illegal drug use.  She sees a substance abuse counselor and she is drug tested.  She has also been instructed to contact the probation officer on a daily basis for 30 days to further monitor her conduct in the community.  Based on Brewer's admissions, her response to correctional treatment efforts and the above-noted sanction, it is respectfully recommended the releasee be allowed to remain in the community with the aforementioned modification.

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **Angel Lelynn BREWER**
      **Docket Number:  2:05CR00243-02**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                        Respectfully submitted,


                        /s/ Terence E. Sherbondy


                        **TERENCE E. SHERBONDY**
                **Senior United States Probation Officer**
                   Telephone:  (916) 786-6147


**DATED:**       April 17, 2009
                 Roseville, California
                 TES:cd


**REVIEWED BY:** _____**/s/ Richard A. Ertola**_____
                 **RICHARD A. ERTOLA**
                 **Supervising United States Probation Officer**


_____


**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

April 20, 2009                          /s/ Edward J. Garcia
_____          _____
**Date**                                **Signature of Judicial Officer**

cc:   United States Probation
      William S. Wong, Assistant United States Attorney
      Christopher Haydn-Myer, Appointed Defense Attorney; Fax: (916) 443-5084
      Defendant
      Court File

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG