UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0243 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| JARVIS MARQUEZ TUBBS, | |
| Defendant. | |

Defendant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Under Rule 4 of the Rules Governing Section 2255 Cases, the court must review all § 2255 motions and summarily dismiss any motion if it is plain that the defendant is not entitled to relief.  The court has conducted that review and finds that summary dismissal of the § 2255 motion is not appropriate.  Therefore, plaintiff will be directed to file a response.

Defendant has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in § 2255 proceedings.  See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2255 Proceedings.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is directed to file an answer within sixty days of this order. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

2. Plaintiff shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.

3. Defendant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

4. The Clerk of the Court shall serve a copy of this order, together with a copy of defendant's motion, on the United States Attorney or his authorized representative.

5. Defendant's request for the appointment of counsel (ECF No. 166) is denied.

Dated: March 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tubb0243.206